AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| ARDIANA NOKAJ, LORIK MEHMETAJ, KRISTO FOTO, XHOVAN KOLA, individually and on behalf of the collective and class<br><br>*Plaintiff(s)*<br><br>v.<br><br>PAPPAS NEW YORK, PAPPAS OG, LLC, PAPPAS TAVERNA, DREAM HOSPITALITY GROUP, LLC, ABC CORPORATIONS 1-3,<br><br>*Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

PAPPAS NEW YORK
103 MacDougal Street
New York, New York 10012

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

EMRE POLAT, PLLC
45 Broadway Suite 1420
New York, New York 10006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 02/15/2024    /S/ V. BRAHIMI
*Signature of Clerk or Deputy Clerk*



SUMMONS RIDER

**PAPPAS OG, LLC**
(Via Secretary of State)
105 MacDougal Street
New York, New York 10012

**PAPPAS TAVERNA**
103-105 MacDougal Street
New York, New York 10012

**DREAM HOSPITALITY GROUP, LLC**
(Via Secretary of State)
1647 McDonald Ave
Brooklyn, Ny, 11230

**GEORGE KARAVIAS**
290 Stanley Ave
Staten Island, NY 10301

**JOSEPH LICUL**
16825 14th Avenue
Whitestone, New York 11357

**DANIELLE JIMENEZ MARINE**
103-105 MacDougal Street
New York, New York 10012