UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _4/4/2024_

ARDIANA NOKAJ, individually and on behalf of
the collective and class members, et al.

                     Plaintiffs,

              -against-

PAPPAS NEW YORK, individually and personally,
et al.,

                     Defendants.

24-CV-01076 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      All Defendants (Pappas New York; Pappas OG, LLC; Pappas Taverna; Dream Hospitality Group, LLC; George Karavias; Joseph Licul; and Danielle Jimenez Marine) appear to be in default in this action.  It is hereby ORDERED that Plaintiffs shall file any motion for default judgment in accordance with the Court's Individual Rules & Practices no later than **April 19, 2024.**

      If Plaintiffs' counsel submits calculations in support of any motion for default judgment, Plaintiffs' counsel shall also email native versions of the files with the calculations (*i.e.*, versions of the files in their original format, such as in ".xlsx") to Chambers a GarnettNYSDChambers@nysd.uscourts.gov.  If or when a motion for default judgment is filed, the Court will enter a further Order setting a deadline for any opposition and reply and scheduling a show cause hearing.  If no motion for default judgment is filed by the deadline set forth above, the case may be dismissed for failure to prosecute without further notice to the parties.

      Plaintiffs shall serve a copy of this Order electronically and/or by first-class mail and/or by in-person service on Defendants **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

Dated: April 4, 2024
      New York, New York

                            SO ORDERED.

                            MARGARET M. GARNETT
                            United States District Judge