```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUMMER SANDERS et al.,

                   Plaintiffs,

-against-

PAPPAS NEW YORK et al.,

                   Defendants.

24-CV-01076 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      Plaintiffs filed a First Amended Complaint on May 10, 2024.  *See* Dkt. No. 24.  Plaintiffs are hereby ORDERED, by **June 14, 2024**, to file appropriate proof of service upon all Defendants named in the First Amended Complaint who have not yet appeared in this action.

Dated: June 3, 2024
       New York, New York

                                            SO ORDERED.

                                            MARGARET M. GARNETT
                                            United States District Judge