USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _7/16//2024_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARDIANA NOKAJ et al.,

                Plaintiffs,

        -against-

PAPPAS NEW YORK et al.,

                Defendants.

24-CV-01076 (MMG)

**ORDER TO MOVE FOR
DEFAULT JUDGMENT**

MARGARET M. GARNETT, United States District Judge:

Defendants Dream Hospitality Group, LLC, George Karavias, Joseph Licul, and Dennis Turcinovic ("Defaulting Defendants") appear to be in default in this action. *See* Dkt. Nos. 33–36 (affidavits of service). It is ORDERED that if the Defaulting Defendants do not respond to the Complaint or appear in this action by **August 2, 2024**, then by **August 9, 2024**, Plaintiffs must file any motion for default judgment in accordance with the Court's Individual Rules & Practices. If Plaintiffs' counsel submits calculations in support of any motion for default judgment, Plaintiffs' counsel shall also email native versions of the files with the calculations (*i.e.*, versions of the files in their original format, such as in ".xlsx") to Chambers at GarnettNYSDChambers@nysd.uscourts.gov.

It is further ORDERED that the Defaulting Defendants shall file any opposition to any motion for default judgment by **August 21, 2024**, and that the Defaulting Defendants shall appear and show cause before this Court on **Wednesday, August 28, 2024, at 9:30 a.m.**, why an order should not be issued granting default judgment against them. The conference shall be held in person in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.

Plaintiffs shall serve a copy of this Order on the Defaulting Defendants by first-class mail and/or by in-person service **within two business days from the date of this Order**, and shall file proof of such service **within three business days of the date of this Order**. In the event Plaintiffs file a motion for default judgment, Plaintiffs shall serve the motion papers on the Defaulting Defendants by **August 12, 2024**, and shall file proof of such service by **August 13, 2024**.

Dated: July 16, 2024
      New York, New York

                       SO ORDERED.

                       MARGARET M. GARNETT
                       United States District Judge