USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/12/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARDIANA NOKAJ et al.,

                Plaintiffs,

-against-

PAPPAS NEW YORK et al.,

                Defendants.

---

24-CV-01076 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    Defendants Joseph Licul and Dennis Turcinovic filed a motion to dismiss on August 5, 2024. In line with Rule II(B)(6), Plaintiffs must file any opposition brief or amend the complaint to address the issues raised in the motion by **September 17, 2024**. If Plaintiffs oppose the motion, Licul and Turcinovic must file any reply brief by **September 24, 2024**.

    Because the brief at Dkt. No. 42 is a memorandum in support of the notice of motion at Dkt. No. 41, the Clerk of Court is directed to terminate Dkt. No. 42.

Dated: August 12, 2024
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge