

199 Water Street
34th Floor
New York, NY 10038

Main: 212.431.8700
Fax: 212.334.1278
foster.com

Direct Phone: 212.965.4526
alan.heller@foster.com

September 17, 2025

**VIA ECF AND**
**VIA FOLLOW-UP EMAIL**

Hon. Margaret M. Garnett, USDJ
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007
GarnettNYSDChambers@nysd.uscourts.gov

      Re:    Nokaj et al v. Pappas New York et al; Case No. 24-cv-01076 (MMG)

Dear Judge Garnett:

    This firm represents Defendants Pappas New York, Pappas OG, LLC and Daniel Jimenez Marine in connection with the above-referenced matter.

    Pursuant to ¶ 5 of Your Honor's Individual Rules, we write this letter motion to respectfully request an adjournment of the September 24, 2025 in-person Initial Pre-Trial Conference ("IPTC") before Your Honor. This request is needed because the Rosh Hashanah Jewish holiday this year is on September 23 and 24, 2025 and, because I observe the holiday, I will not be able to attend the conference.

    Counsel for all parties have consented to this adjournment request and are also in agreement on the following proposed dates for the adjourned IPTC:

- October 9 (morning)
- October 24
- October 30
- October 31
- November 3, 4, 5 and 6

FG: 104192057.1

Hon. Margaret M. Garnett, USDJ
September 17, 2025
Page 2

This is our first request for an adjournment of the IPTC.

Thank you for your consideration of this matter.

Respectfully yours,

Alan A. Heller

cc: All Counsel (Via ECF)

---

GRANTED. The Initial Pretrial Conference originally scheduled for September 24, 2025, is ADJOURNED to **Thursday, October 9, 2025, at 11:00 a.m.** The corresponding deadline for the parties' joint letter and proposed Civil Case Management plan is extended to **October 2, 2025**.

SO ORDERED. Dated September 18, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

FG: 104192057.1