**Foster Garvey**

**MEMO ENDORSED**

One Seaport Plaza
199 Water Street
Suite 901
New York, NY 10038

Main: 212.431.8700
Fax: 212.334.1278
foster.com

Direct Phone: 212.965.4526
alan.heller@foster.com

January 29, 2026

**VIA ECF**

Hon. Katherine J. Parker, USMJ
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:    Nokaj, et al. v. Pappas New York, et al., Case No. 24-cv-1076

Dear Judge Parker:

This firm represents Defendants Pappas OG, LLC and Danielle Marine s/h/a Danielle Jimenez Marine ("Pappas Defendants"). We are presently scheduled for a settlement conference before Your Honor on February 5, 2025 (ECF# 73).

I respectfully request that the February 5 conference be adjourned. This is the first request for an adjournment of the settlement conference. I am scheduled for a trial in the Supreme Court, Nassau County beginning on February 3, 2026 and based on the witness list I am sure the trial will spill over onto February 5 and even February 6, 2026.

Counsel for all parties have consented to this adjournment request.

The parties are available on the following dates: February 10 (in the morning), February 11 (in the afternoon), February 17, 23 and 24.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

Alan A. Heller (AH-7942)

cc:    All Counsel (Via ECF)

FG: 110033357.1

**APPLICATION GRANTED:** The Settlement Conference in this matter scheduled for Thursday, February 5, 2026, at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Thursday, March 19, 2026 at 10:00 a.m.</u>  Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>March 12, 2026, by 5:00 p.m.</u>

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.

01/30/2026