

One Seaport Plaza
199 Water Street
Suite 901
New York, NY 10038

Main:  212.431.8700
Fax:  212.334.1278
foster.com

Direct Phone: 212.965.4526
alan.heller@foster.com

April 28, 2026

**Via ECF**

Judge Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Room 906
New York, New York 10007

      Re:    *Nokaj et al v. Pappas New York et al*
             *(Case No. 1:24-cv-01076(MMG))*

Dear Judge Garnett:

     We are counsel to Defendants' Pappas OG, LLC, Danielle Jimenez Marine and Pappas New York. We submit this joint letter motion with the consent of all of the Parties in this Action to respectfully request a modification to the Case Management Plan to (i) extend the end date of all fact discovery from April 30, 2026 to July 31, 2026; and (ii) adjourn the Case Management Conference from May 28, 2026 to August 28, 2026.

     The reason the Parties are requesting this modification is that they had to adjourn the Settlement Conference previously scheduled before Magistrate Judge Parker to June 22, 2026, because Elliot Schaeffer, Esq., counsel to one of the Defendants in this Action, had taken ill. Inasmuch as the Parties are hopeful that the Settlement Conference will result in a final resolution of this Fair Labor Standards Act matter, they are requesting this modification so that the Parties will have an opportunity to participate in the Settlement Conference before additional significant expenditures of legal fees are incurred. If the matter is not resolved at the Settlement Conference, then the Parties intend to complete any and all remaining discovery prior to the requested revised end date of all fact discovery.

     This is the first request for the modification of the Case Management Plan.

     Counsel for the parties have conferred and consent to this modification request and the revised dates proposed in this Letter Motion.

FG: 110315537.1

Judge Margaret M. Garnett
April 28, 2026
Page 2

Thank you for your consideration.

Respectfully submitted,

Alan A. Heller (AH-7942)

cc:    Emre Polat, Esq. (via ECF and email emre@emrelaw.com)
Madyson Nucci, Esq. (via ECF and email mnucci@adelmanmatz.com)
Elliot Schaeffer, Esq. (via ECF and email eschaeffer@fedkas.com)
Sarah Matz, Esq. (via ECF and email sarah@adelmanmatz.com)
Tugce Russum, Esq. (via ECF and email tugce@emrelaw.com)

GRANTED. The close of fact discovery is EXTENDED to **July 31, 2026**. The Post-Discovery Conference previously scheduled for May 28, 2026, is ADJOURNED until **August 26, 2026, at 9:30 a.m.**, due to the Court's conflict on the requested date.

SO ORDERED. Dated April 29, 2026

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

FG: 110315537.1