USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/11/2026

**SCHAEFFER & ASSOCIATES, LLP**
**Attorneys at Law.**
**83 Wooster Heights Road – Suite 125**
**Danbury, CT 06810**
**917-445-3590**
**Email: eschaeffer@fedkas.com**

VIA ECF

August 10, 2026

Honorable Margaret M. Garnett, U.S.D.J
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

Re: Noklaj et al. v. Pappas New York et al.
Case No.: 24-CV-01076 MMG
Letter

Dear Judge Garnett,

We are counsel to the Defendants Joseph Licul and Dennis Turcinovic in the above matter.

I refer to your order dated July 14, 2026 (Doc. #85) where in it was Ordered that a post fact discovery conference be held on November 4, 2026, and a Settlement Conference between September 30, 2026, and October 28, 2026.

I will be out of the United States between September 15, 2026, and October 16, 2026.

Due to my absence, it is respectfully requested the post fact discovery conference be adjourned to a date after my return to the United States, and similarly for the Settlement Conference.

Thank you for your consideration.

Respectfully

Schaeffer & Associates, LLP.

By: ______________________
Elliot Schaeffer

GRANTED. The Court has granted a number of extensions in this matter, the post-fact discovery conference was scheduled over a month ago, and there is no indication that Mr. Schaeffer will be unable to attend or participate.

However, because Judge Parker is available and willing to reschedule the settlement conference to November 4, 2026, and in the interests of efficiency, this Court will grant a brief adjournment of the post-fact discovery conference to **Monday, November 9, 2026, at 9:30 a.m**.

The parties are ORDERED to file a letter with this Court on the status of settlement and proposing next steps for this case by no later than **November 6, 2026**.

SO ORDERED. Dated August 11, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE