**SCHAEFFER & ASSOCIATES, LLP**
**Attorneys at Law.**
**83 Wooster Heights Road – Suite 125**
**Danbury, CT 06810**
**917-445-3590**
**Email: eschaeffer@fedkas.com**

VIA ECF

September 3, 2026

Honorable Margaret M. Garnett, U.S.D.J
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007
Re: Nokaj et al. v. Pappas New York et al.

Case No.: 24-CV-01076 MMG: Letter

Dear Judge Garnett,

We are counsel to the Defendants Joseph Licul and Dennis Turcinovic in the above matter. I write this letter not only on my behalf, but on behalf of all counsel in this matter who have reviewed and approved of this letter.

We are requesting an extension of the discovery deadline from September 30, 2026 to November 9, 2026, and adjourn the dates for the Settlement Conference Summary Report and pre-conference submission for three (3) weeks following the close of discovery.

As the Court may recall from my prior correspondence of August 10, 2026, I will be out of the USA for approximately one month, returning October 15, and that letter resulted in the Court rescheduling the Settlement Conference Summary Report and pre-conference submissions, Order dated August 11, 2026, Docket # 85.

There are eighteen (18) Plaintiffs and four (4) individual Defendants that have to be deposed. As of the date of this letter, ten (10) of the Plaintiffs have been deposed, three (3) more are scheduled for this Friday, we are trying to get at least two (2) more on Tuesday, September 8 and one of the Defendants on September 9. All other days of this month prior to my leaving are unavailable due to prior commitments of one or more of the counsel in this matter.

An issue we have encountered in doing the depositions is the uncertainty of how long each one will take, at times we have scheduled three and only been able to two or even one, as the Plaintiffs are employed, many in the food service industry, and have limited schedules.

Despite all our best efforts, more time is needed to complete discovery. We hope you will look favorably upon this request.

Thank you for your consideration.

Respectfully

Schaeffer & Associates, LLP.

By: ______________________
Elliot Schaeffer

GRANTED. The deadline to complete fact discovery is reluctantly extended to **November 9, 2026,** solely to ensure that Plaintiffs are not prejudiced and this matter can be resolved on the merits**. The parties are hereby ORDERED not to request any extensions to their scheduled settlement conference on November 4, nor will the Court move the post-fact discovery conference on November 9 at 9:30 a.m., nor the requirement that the parties submit a joint status letter by November 6.** As explained in the Order at Dkt. No. 89, this Court has granted a number of generous extensions in this matter. NO FURTHER EXTENSIONS WILL BE GRANTED, and fact discovery will close on November 9, 2026. The Court will not hesitate to sanction any counsel who imposes impediments to the scheduling of necessary depositions or otherwise acts to impede the completion of fact discovery on this timeline.

SO ORDERED. September 3, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE